UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMOND SCRUGGS,<br>    Plaintiff,<br>v.<br>MIKE SAUCE, *et al*.,<br>    Defendants. | Case No. 17-cv-06735-SI<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. Nos. 1, 2 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Chief Judge Hamilton for consideration of whether the case is related to *Scruggs v. T.N.D.C. Housing*, No. 16-cv-6470-PJH and *Scruggs v. T.N.D.C. Housing*, No. 17-cv-2923-PJH.

**IT IS SO ORDERED**.

Dated: January 4, 2018

SUSAN ILLSTON
United States District Judge